IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ortega, Orlando | Case Number: 04 B 18923 |
|---|---|---|
| | Ortega, Angelita | Judge: Squires, John H |
| | Printed: 2/12/08 | Filed: 5/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: July 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,110.03 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,957.83 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 258.20 |
| Other Funds: | | 0.00 |
| Totals: | 5,110.03 | 5,110.03 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 3. | Robert J Adams & Associates | Unsecured | 225.82 | 510.63 |
| 4. | Resurgent Capital Services | Unsecured | 157.07 | 355.18 |
| 5. | Educational Credit Management Corp | Unsecured | 211.95 | 479.25 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 271.00 | 612.77 |
| 7. | SBC | Unsecured | 14.97 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 9. | Triad Financial Services | Unsecured | | No Claim Filed |
| | | | $ 3,774.81 | $ 4,851.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 60.00 |
| 6.5% | 134.24 |
| 3% | 8.37 |
| 5.5% | 35.79 |
| 4.8% | 14.40 |
| 5.4% | 5.40 |
| | $ 258.20 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ortega, Orlando  
    Ortega, Angelita  
    Printed:  2/12/08

Case Number:  04 B 18923  
Judge:  Squires, John H  
Filed:  5/13/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

